■ TANIA MONTERO et al., Respondents, v NEW YORK CITY HEALTH & HOSPITALS CORPORATION et al., Appellants, et al., Defendants. [793 NYS2d 160]—

In an action to recover damages for medical malpractice, etc., the defendant New York City Health & Hospitals Corporation appeals from an order of the Supreme Court, Queens County (Flug, J.), dated November 12, 2003, which granted the plaintiff's motion for leave to serve a late notice of claim against it.

Ordered that the order is affirmed, with costs.

The Supreme Court providently exercised its discretion in granting the motion for leave to serve a late notice of claim. The New York City Health & Hospitals Corporation (hereinafter the HHC) was in possession of the medical records and thus had actual notice of the underlying facts of the claim (*see Matter of Hendershot v Westchester Med. Ctr.*, 8 AD3d 381, 382 [2004]; *Medley v Cichon*, 305 AD2d 643 [2003]). Under the circumstances of this case, the HHC was not unduly prejudiced by the delay (*see Medley v Cichon, supra*). Finally, where, as here, there was actual notice and an absence of prejudice, the lack of a reasonable excuse for failing to timely serve a notice of claim will

not bar the granting of leave to serve a late notice of claim (*see Matter of Hendershot v Westchester Med. Ctr., supra; Medley v Cichon, supra* at 645). Florio, J.P., Goldstein, Crane and Lifson, JJ., concur.